IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                        Plaintiff,                        ORDER

   v.

                                                                 3:07-cr-00142-jcs

TELLY KINGCADE,

                        Defendant.

_____

On January 9, 2008, this court held an *ex parte* hearing on defendant Telly Kingcade's request for a new attorney. After hearing from Kingcade and Attorney Mandell, I granted the motion. All remaining dates on the calendar are stricken. The federal defender is directed to appoint a new attorney to represent Kingcade. After Kingcade and his new attorney have spoken, that attorney and the government must contact the court for a telephonic scheduling conference.

Entered this 9th day of January, 2008.

                                      BY THE COURT:

                                      /s/

                                      STEPHEN L. CROCKER
                                      Magistrate Judge