IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                         ORDER

                Plaintiff,

                                         07-cr-142-bbc

     v.

TELLY KINGCADE,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Telly Kingcade has filed objections to the report and recommendation filed by the United States Magistrate Judge on March 21, 2008. The magistrate judge recommended denial of defendant's motions to suppress the evidence derived from a warrantless search of his apartment, the seizure of a safe from defendant's neighbor and the subsequent search of the safe; defendant believes that all of these actions were illegal.

      The magistrate judge explained in the report and recommendation exactly why defendant's belief is wrong and why the police did not violate either the law or defendant's Fourth Amendment rights when they searched defendant's apartment and seized his property. Defendant has not offered any arguments in support of his objections beyond those raised before the magistrate judge. Nothing would be gained by going over the same

1

ground the magistrate judge has covered in detail.

ORDER

IT IS ORDERED that the recommendation of the United States Magistrate Judge to deny defendant Telly Kingcade's motion to suppress the warrantless search is ADOPTED. FURTHER, IT IS ORDERED that defendant's motions to suppress evidence, dkts. ##15, 16 and 43, are DENIED.

Entered this 8th day of April, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge